# United States District Court

**DISTRICT:** Eastern District of Pennsylvania

**UNITED STATES OF AMERICA**
v.
**ANTWAUN EVANS**

**DOCKET NO.**

**MAGISTRATE'S CASE NO.** 12-1590-M

Complaint for violations of Title 21 U.S.C. § 841(a)(1), (b)(1)(B)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable Elizabeth T. Hey | Judge, U.S. Magistrate Court | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| November 27, 2012 | Philadelphia, PA | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 27, 2012, in Philadelphia, PA the Eastern District of Pennsylvania, defendant ANTWAUN EVANS knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

SEE AFFIDAVIT ATTACHED HERETO, WHICH IS INCORPORATED BY REFERENCE.

**MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

**SIGNATURE OF COMPLAINANT (official title)**
Jeffrey Hunter

**OFFICIAL TITLE**
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE** (1)
Honorable ELIZABETH T. HEY, United States Magistrate Judge

**DATE:** 11/28/12

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT

I, JEFFREY HUNTER, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since November of 2006. Prior to my employment with the FBI, I was a Detective with the Chicago Police Department, where I was so employed for approximately seven years. During the course of my career, I have investigated robberies, assaults, kidnappings, burglaries, frauds, firearms violations, homicides, shootings, sexual assaults, narcotics violations, and numerous other crimes. I am presently assigned to the Philadelphia FBI Violent Drug Gang Task Force (VDGTF), which investigates, among other violations of federal law, criminal groups including those involved in the importation, distribution, and manufacturing of controlled substances, weapons violations, and any and all tangential violence associated with the drug trade. I have conducted countless arrests and have been the affiant for numerous search and arrest warrants throughout my career.

2. I am currently assigned to the investigation of ANTWAUN EVANS, and his alleged possession with intent to distribute 500 grams or more of a substance containing cocaine within the Eastern District of Pennsylvania (EDPA) on or around November 27, 2012. The facts set forth in this affidavit are not all those known to me, simply those necessary to establish probable cause for the arrest of ANTWAUN EVANS.

3. On November 7, 2012 a federal indictment was returned charging Joseph Adens, a/k/a "Lil Joe" and seven other defendants with conspiring to distribute

1

five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A). Adens and other named defendants were also charged with specifically on or about June 12, 2011 knowingly and intentionally attempting to possess with intent to distribute and aiding and abetting the attempted possession with intent to distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2. Further, Adens was charged with one count of knowingly and intentionally possessing and aiding and abetting the possession of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c) and 2. Finally, Adens is charged with one count of money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(1). A federal arrest warrant was issued for Adens on the above charges pursuant to his indictment.

4. On November 27, 2012 at approximately 3:10 p.m., Joseph Adens was arrested by the FBI on the outstanding federal arrest warrant. Adens was arrested after he exited a residence on the 3800 block of Haverford Avenue and entered the front passenger side of a black 2012 Chrysler bearing PA license HWR-9330. Adens was observed not to be carrying any items when he exited the residence and entered the Chrysler. The vehicle, which was being driven by an unknown black male was stopped by the FBI at the end of the block. The Chrysler was blocked in by FBI unmarked vehicles, at which time the driver of the vehicle reversed into one of the FBI vehicles. The driver immediately exited the Chrysler and fled on foot at the same time law enforcement was identifying their office and giving verbal commands to stop. After chasing the driver

approximately two blocks, the driver was apprehended and identified as ANTWAUN EVANS. Joseph Adens remained in the passenger seat and was arrested by the FBI without incident. EVANS, Adens, and the black 2012 Chrysler vehicle were all relocated to the Philadelphia Division of the FBI.

5. A Pennsylvania registration check of the black 2012 Chrysler revealed the vehicle was registered to EAN Holdings (Enterprise Rent-A-Car). A check with Enterprise revealed the vehicle was rented by ANTWAUN EVANS on November 27, 2012 at approximately 10:20 a.m. EVANS rented the vehicle for one day to be returned on November 28, 2012.

6. At approximately 8:20 p.m., a federal search warrant was issued in the Eastern District of Pennsylvania authorizing the search of the black 2012 Chrysler, rented by ANTWAUN EVANS. The warrant was executed at approximately 8:30 p.m. Recovered from the rear passenger floor of the vehicle was a silver bag, containing two (2) yellow plastic bags (each knotted at the top) double wrapped and containing three rectangular shaped objects wrapped in brown packaging tape. One of these rectangular objects was cut open, and revealed multiple layers of green cellophane wrap and tape, under which was a white solid substance. A sample of the white solid substance was taken, and a narcotics field test (NIK-G) conducted on the white substance reacted positive, indicating the presence of cocaine.

7. A rental agreement from Enterprise Rent-A-Car was also recovered from the glove compartment of the 2012 Chrysler, pursuant to the execution of the search warrant. The agreement contains the signature of ANTWAUN EVANS,

and specifically notes there are no other authorized drivers permitted for this vehicle.

8. Based upon my training and experience, I know that the three rectangular objects recovered from the vehicle are (each) the approximate size, weight, and dimension of a kilogram of cocaine. Further, each rectangular object was also wrapped (with multiple layers of tape and cellophane wrapping) in a manner which I know through my training and experience is consistent with the manner in which kilogram quantities of cocaine are packaged. The two rectangular objects that were not cut open and field tested were also the same approximate size, weight, and dimensions of the object that was cut open and subsequently tested positive for the presence of cocaine. A preliminary weight (with wrappings intact) was taken of each rectangular object, and each item weighed in excess of 1000 grams. Furthermore I know through my training and experience that possession of approximately three (3) kilograms of cocaine is indicative of distribution quantity, and is not consistent with cocaine amounts retained by drug users for personal consumption.

Therefore, based on the above facts, your affiant believes there is probable cause to believe that on November 27, 2012 ANTWAUN EVANS knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and as such a warrant should be issued for his arrest.

_____
Jeffrey Hunter
Special Agent
Federal Bureau of Investigation

Sworn before me this 28th day of November, 2012

_____
Honorable ELIZABETH T. HEY
United States Magistrate Judge