# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | |
| **ANTWAUN EVANS** | : | **No. 12-680** |

# O R D E R

**AND NOW**, this 21st day of February, 2013, upon consideration of the Government's Motion to Dismiss the Indictment (Doc. No. 13) it is hereby **ORDERED** that the Motion is **GRANTED**, and the indictment in the above-captioned case, charging defendant Antwaun Evans is **DISMISSED WITHOUT PREJUDICE.**

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge